IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:03cv00981;
Civil Action. No.: 1:03cv00918;
Civil Action No. 1:04cv00417
[Consolidated with 1:03cv00981]

ALLEN WILLIAMS,

        Plaintiff,

v.

ALUMINUM COMPANY OF AMERICA,

        Defendant.

ORDER GRANTING JOINT MOTION
FOR VOLUNTARY DISMISSAL
WITH PREJUDICE

This matter is before the Court and pursuant to the Joint Motion for Voluntary Dismissal with Prejudice of Plaintiff ALLEN WILLIAMS filed by Plaintiff ALLEN WILLIAMS and Defendant in this matter, and the Court having reviewed the Motion, enters the following Order:

**IT IS HEREBY ORDERED** that this action shall be dismissed, with prejudice.

This the day of December 21, 2005

                          /s/ N. Carlton Tilley, Jr.
                          United States District Judge